## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JARED M. SMITH,
             Plaintiff,

             v.

ERIE STATE PAROLE, et al,

             Defendants.

)
)
)
)
)
)
)
)
)

C.A. No. 1:18-cv-90

## **MEMORANDUM ORDER**

This prisoner civil rights action was received by the Clerk of Court on March 19, 2018, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, issued on July 11, 2018 recommended that this action be dismissed due to Plaintiff's failure to prosecute. Service was made on Plaintiff by mail at the SCI Forest, the last address of record. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this      Day of August, 2018;

IT IS HEREBY ORDERED that this action is dismissed due to Plaintiff's failure

to prosecute. The Clerk of Courts is directed to close this case. The report and recommendation of

Magistrate Judge Baxter, issued July 11, 2018, is adopted as the opinion of the court.

*august 15, 2018*

ARTHUR J. SCHWAB
United States District Judge

cc:    Susan Paradise Baxter
       U.S. Magistrate Judge

       all parties of record _____