# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JARED M. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-90 |
| ) | |
| ERIE STATE PAROLE, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This action was received by the Clerk of Court on March 19, 2108, and closed for failure to prosecute on August 15, 2018. It was re-opened upon Plaintiff's request and ultimately was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On January 4, 2019, Magistrate Judge Lanzillo issued a Report and Recommendation [ECF No. 17] recommending that the case once again be dismissed for failure to prosecute. No objections were filed.

After *de novo* review of the complaint and filings in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 22nd day of February, 2019;

IT IS ORDERED that this action is dismissed due to Plaintiff's failure to prosecute.

IT IS FURTHER ORDERED that the Clerk of Courts is directed to close this case.

1

AND, IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Lanzillo, issued on January 4, 2019 [ECF No. 17] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter

SUSAN PARADISE BAXTER
United States District Judge
